# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3520
Lower Tribunal No. 2023-CJ-000090-AXXX-XX

_____

D.K.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Eric Leontiev, Judge.

July 30, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Keith W. Upson, of The Upson Law Group, P.L., Naples, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED